Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Eastern Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC 01 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| JEREMY ANDREW THOMPSON | Case No. 2:23cv189-TBM-RPM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| SYNCHRONY BANK | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEREMY ANDREW THOMPSON |
| Street Address | c/o 105 Sandra Ln |
| City and County | Hattiesburg, Lamar County |
| State and Zip Code | Mississippi territory, 39402 |
| Telephone Number | 601-673-8388 |
| E-mail Address | jthompson00100@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: SYNCHRONY BANK
- Job or Title *(if known)*:
- Street Address: 777 Long Ridge Rd
- City and County: Stamford, Fairfield County
- State and Zip Code: Connecticut, 06905
- Telephone Number: 1-800-419-5010 EXT 4167135
- E-mail Address *(if known)*: officeofthepresident@synchronyfinancial.com

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* JEREMY ANDREW THOMPSON, is a citizen of the State of *(name)* MISSISSIPPI.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* SYNCHRONY BANK, is incorporated under the laws of the State of *(name)* UTAH, and has its principal place of business in the State of *(name)* CONNECTICUT. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

For all previous payments made to Synchrony Bank, including damages and injury for limiting plaintiff's access to credit and purposefully obscuring the ability to perform on behalf of the account. For refusing to process the payments and causing the credit score of the plaintiff to decline to the point where they are refused loans and credit on the spot.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* JEREMY ANDREW THOMPSON , and the defendant, *(name)* SYNCHRONY BANK , made an agreement or contract on *(date)* 07/07/2017 . The agreement or contract was *(oral or written)* Written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Accept payment or performance, including negotiable instruments, per their own card member agreement, and follow instructions sent to CFO. To set off the balance on the account and allow continued use of the account's credit. On September 16th, 2023, the Plaintiff made a payment of $4100 to Synchrony Bank in accordance with the terms outlined in the contract. This payment was accepted and never returned by the Defendant.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

On October 26, 2023 Defendant reversed the payments sending JEREMY ANDREW THOMPSON's balances doubling and its credit score down due to being over balance and encumbering the plaintiff with many life expenses he could no longer charge to his card and use his right to credit. JEREMY ANDREW THOMPSON sent letters to SYNCHRONY BANK corporate office with instructions. The instructions were ignored, the payments were kept but dishonored.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff requests all future instruments be honored, set off on its accounts, and to be allowed full use of its right to credit. Plaintiff requests all title, rights, interest, and equity owed. Plaintiff requests punitive damages for decline in Plaintiff's credit score based on Defendant's failure to honor the negotiable instruments. Plaintiff requests a declaratory judgment for his right to credit.

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/01/2023

Signature of Plaintiff: By: [signed] /Agent For: JEREMY ANDREW THOMPSON / Principal

Printed Name of Plaintiff: JEREMY ANDREW THOMPSON

#### B.    For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____