IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JEREMY ANDREW THOMPSON**                                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:23-cv-189-TBM-RPM**

**SYNCHRONY BANK**                                                                   **DEFENDANT**

## **FINAL JUDGMENT**

For the reasons stated in the Order entered this same day, this CASE is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 17th day of April, 2024.

                                                                                        _____
                                                                                         **TAYLOR B. McNEEL**
                                                                       **UNITED STATES DISTRICT JUDGE**